**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 487 MAL 2018

         Respondent        :

                            :    Petition for Allowance of Appeal from

                            :    the Order of the Superior Court

         v.                    :

                            :

CRAIG DAVID ICE,             :

                            :

         Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 17th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.